IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

VIRGINIA BECKER,

        Plaintiff,

    v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

Case Number 08-336-CL

REPORT AND RECOMMENDATION

CLARKE, Magistrate Judge.

Plaintiff was allowed three extensions to file an *in forma pauperis* application with the Court (#4, #6, #9). No *in forma pauperis* application was filed. On May 23, 2008, plaintiff was ordered to pay the filing fee by June 6, 2008, and warned that the case may be dismissed if not filed (#10). Plaintiff has failed to respond to the Court's order. Based upon the foregoing, it is recommended that this action be dismissed without prejudice for failure to comply with the Court's orders and that judgment be entered dismissing this case without prejudice.

*This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals.* Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment or appealable order. *Objections to this Report and Recommendation, if any, are due by July 3, 2008. If objections are*

Page 1 - REPORT AND RECOMMENDATION

*filed, any responses to the objections are due 14 days after the objections are filed.* Failure to timely file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo consideration of the factual issues and will constitute a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation.

DATED this 18 day of June, 2008.

MARK D. CLARKE
United States Magistrate Judge

Page 2 - REPORT AND RECOMMENDATION