FILED'08 JUL 11 11:22 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VIRGINIA BECKER,        )    Civil No. 08-336-CL
                        )
       Plaintiff,       )    **ORDER**
                        )
    v.                  )
                        )
COMMISSIONER, SOCIAL SECURITY )
ADMINISTRATION,         )
                        )
       Defendant.       )

**PANNER, Judge.**

On June 19, 2008, Magistrate Judge Clarke filed his Report and Recommendation, which recommends dismissing this action without prejudice. No party has objected to that Recommendation. The matter is now before me for *de novo* review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

I find no error. From the record, it appears that Plaintiff's counsel has been unable to communicate with his client to procure the information necessary to complete the application for *in forma pauperis* status, and otherwise to proceed with this action.

/ / / /

/ / / /

/ / / /

1 - ORDER

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 11) are adopted. This action is dismissed without prejudice.

IT IS SO ORDERED.

DATED this ____11____ day of July, 2008.

_____
Owen M. Panner
United States District Judge

2 - ORDER