FILED'08 JUL 11 11:22 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| VIRGINIA BECKER, | ) | Civil No. 08-336-CL |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

**PANNER, Judge.**

This action is dismissed without prejudice.

DATED this _11_ day of July, 2008.

_____
Owen M. Panner
United States District Judge

1 - JUDGMENT